United States District Court

For the Northern District of California

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

10   ISAIAH THOMPSON BONILLA,                         No. C 05-1350 SI (pr)

11                 Petitioner,                        **ORDER STAYING ACTION AND TO ADMINISTRATIVELY CLOSE ACTION**

12          v.

13   W. A. DUNCAN, warden,

14                 Respondent.
                                              /
15

16          Petitioner, an inmate at Salinas Valley State Prison, filed a petition for a writ of habeas

17   corpus under 28 U.S.C. § 2254 to challenge his 2002 conviction in Alameda County Superior

18   Court.  Petitioner also filed a "motion for stay and abeyance, alternatively leave to amend" in which

19   he explained that he had recently obtained access to pretrial records not earlier available to him

20   and discovered therein some new claims that he wanted to present in his federal habeas action but

21   needed to first exhaust state court remedies for them.  He further explained that he had already

22   filed habeas petitions in the trial and appellate courts and was preparing a habeas petition to file

23   in the California Supreme Court.  Petitioner satisfied the requirements in Rhines v. Weber, No.

24   03-9046, slip op. at 7-8 (U.S. Mar. 30, 2005), for a stay of his habeas action in that he showed

25   good cause for the delayed presentation of  the claims to the state courts, showed he acted

26   promptly to present his claims in state court once discovered and asserted that the claims are for

27   constitutional errors. The motion for a stay and abeyance is GRANTED.  (Docket # 4.)

28

1   This action is STAYED and ADMINISTRATIVELY CLOSED.   Nothing further will take place in

2   this action until petitioner exhausts the unexhausted claims, and, within thirty days of doing so,

3   moves to reopen this action, lift the court's stay and amend the petition to add the newly-exhausted

4   claims.   If petitioner does not return within thirty days of exhausting the unexhausted claims, the

5   action may be dismissed.  See id. at 7-8; Kelly v. Small, 315 F.3d 1063, 1071 (9th Cir.), cert.

6   denied, 123 S. Ct. 2094 (2003).

7         Petitioner's motion to exceed the normal page limits is DENIED as unnecessary as there

8   is not a limit on the number of pages for a habeas petition.  (Docket # 3.)

9         Petitioner's in forma pauperis application is GRANTED.  (Docket # 5.)

10        IT IS SO ORDERED.

11   DATED: June _23__, 2005                    S/Susan Illston
                                                   SUSAN ILLSTON
12                                               United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States District Court*
For the Northern District of California