UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH THOMPSON-BONILLA,<br><br>        Petitioner,<br><br>    v.<br><br>W. A. DUNCAN, warden,<br><br>        Respondent. | No. C 05-1350 SI (pr)<br><br>**ORDER EXTENDING DEADLINE** |

Petitioner has filed an <u>ex parte</u> application for a 30-day extension of time to file his traverse. Upon due consideration, the court GRANTS petitioner's application. (Docket # 22.) Petitioner must file and serve his traverse no later than **December 28, 2006**. Petitioner is reminded that he must send to respondent's counsel a copy of every document he files in this action.

IT IS SO ORDERED.

DATED: November 15, 2006

                                       SUSAN ILLSTON
                               United States District Judge