E-Filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ISAIAH THOMPSON-BONILLA,** | C 05-1350 SI |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **W.A. DUNCAN, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until September 3, 2007, in which to file a response in this case.

DATE: 8/3/07

SUSAN ILSTON
United States District Judge

SF2006401831
20098716.wpd

Proposed Order   - C 05-1350 SI

1