UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH THOMPSON-BONILLA, | No. C 05-1350 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JOHN MARSHALL, | |
| Respondent. | |

The petition for writ of habeas corpus is denied on the merits.

IT IS SO ORDERED AND ADJUDGED.

DATED: October 30, 2008

SUSAN ILLSTON
United States District Judge